45128. HOWINGTON v. THE STATE.

PANNELL, Judge. This case involving indictment number 11281 is a companion case to, and is controlled by, the case of the same name, 121 Ga. App. 715, involving indictment number 11280.

*Judgment affirmed. Jordan, P. J., and Eberhardt, J., concur.*

ARGUED MARCH 3, 1970—DECIDED APRIL 10, 1970—
REHEARING DENIED APRIL 29, 1970.

*Davis & Davidson, Jack S. Davidson,* for appellant.
*Nat Hancock, District Attorney,* for appellee.